Mary W. Livingston, Respondent, *v.* William S. Livingston, Appellant.

*Livingston v. Livingston*, 177 App. Div. 887, appeal dismissed.
(Argued November 12, 1917; decided November 27, 1917.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1917, which affirmed an order of Special Term denying the motion of defendant that the decree of divorce entered herein on June 13, 1892, be corrected by striking therefrom all provision and direction

that defendant pay to plaintiff any sum for the support and maintenance of the children after they became of age, and reducing the amount of alimony to be paid monthly under the decree by the amount which was fixed and allowed by the court as a monthly amount to be paid for the support and maintenance of the children; or, if the court had never fixed and determined that amount, that the decree be corrected by striking therefrom all provision for the payment of alimony after the children became of age; or in the alternative, that an order be made at the foot of the decree reducing the amount of alimony to be paid monthly by the amount fixed and allowed by the court as the monthly amount to be paid to the plaintiff for the support and maintenance of the children; or if this amount was never fixed, for an order at the foot of the decree striking out all provision for alimony after the coming of age of both of the children.

*Henry B. Johnson* and *C. V. Pallister* for appellant.
*Albert Stickney* and *Adrian H. Larkin* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.